## RECONSIDERATION DOCKET

**94–2010.** Hassert v. Jefferson Regional Water Auth. *Montgomery County*, No. 14218. Reported at 71 Ohio St.3d 1444, 644 N.E.2d 406. On motion for reconsideration. Motion denied.

**94–2021.** Webb v. Jones. *Union County*, No. 14–94–12. Reported at 71 Ohio St.3d 1444, 644 N.E.2d 407. On motion for reconsideration. Motion denied.

**94–2023.** Rossi, McCreery & Assoc., Inc. v. Abbo. *Lucas County*, No. L–93–273. Reported at 71 Ohio St.3d 1444, 644 N.E.2d 407. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**94–2083.** Kirtland Hills v. Osborne. *Lake County*, No. 93–L–112. Reported at 71 Ohio St.3d 1444, 644 N.E.2d 407. On motion for reconsideration. Motion denied.

**94–2116.** State v. Cunningham. *Sandusky County*, No. S–93–47. Reported at 71 Ohio St.3d 1445, 644 N.E.2d 407. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**94–2125.** Oda v. Davis. *Montgomery County*, No. 13985. Reported at 71 Ohio St.3d 1445, 644 N.E.2d 407. On motion for reconsideration. Motion denied.

**94–2129.** State v. Waites. *Lake County*, No. 93–L–009. Reported at 71 Ohio St.3d 1445, 644 N.E.2d 407. On motion for reconsideration. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**94–2183.** Johnson v. Tuslaw Local School Dist. *Stark County*, No. 1994CA00038. Reported at 71 Ohio St.3d 1445, 644 N.E.2d 407. On motion for reconsideration. Motion denied.

F.E. SWEENEY, J., dissents.